The Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GARNET L. MABE,<br><br>Defendant/Judgment Debtor,<br><br>and<br><br>SUQUAMISH TRIBE,<br><br>Garnishee. | NO. 3:16-MC-05029-BHS<br><br>(3:15-CR-05303-RBL-1)<br><br>**Continuing Garnishee Order** |

A Writ of Continuing Garnishment, directed to Garnishee Suquamish Tribe, has been duly issued and served upon the Garnishee. Pursuant to the Writ, Garnishee Suquamish Tribe filed an Amended Answer on November 3, 2016, stating that at the time of the service of the Writ, the Tribe had in its possession, custody, or control a semi-annual Tribal per capita distribution valued at $343.75, which Mr. Mabe will be eligible for when he is released from prison. A Bureau of Prisons' website lists Mr. Mabe's projected release

[PROPOSED] CONTINUING GARNISHEE ORDER (*USA v. Garnet L. Mabe and Suquamish Tribe*, USDC#: 3:16-MC-05029-BHS / 3:15-CR-05303-RBL-1) - 1

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970

date as December 25, 2018.  *See* https://www.bop.gov/inmateloc (last visited Dec. 1, 2016).

After notification of the garnishment proceeding was mailed to the parties on or about October 5, 2016, the Defendant/Judgment Debtor has not requested a hearing to determine exempt property as of this date.

IT IS THEREFORE ORDERED as follows:

That the Garnishee, Suquamish Tribe, shall pay to the United States District Court for the Western District of Washington, the entire amount (less federal tax withholdings paid to the Internal Revenue Service) of non-exempt property from any and all accounts, including Tribal per capita, in the Garnishee's possession, custody, or control, in which the Defendant maintains an interest and meets the requirements to receive, or later becomes entitled to receive;

That if the entire amount (less federal tax withholding paid to the Internal Revenue Service) of such accounts exceeds $9,930.49 (the amount of Mr. Mabe's criminal judgment debt as of November 30, 2016), Suquamish Tribe shall pay only $9,930.49 to the Court;

That such payments shall be applied to Defendant/Judgment Debtor Mabe's outstanding obligation, by the United States District Court for the Western District of Washington; and

That the payments shall be made out to the United States District Court, Western District of Washington, referencing Case Nos. 3:15-CR-05303-

[PROPOSED] CONTINUING GARNISHEE ORDER (*USA v. Garnet L. Mabe and Suquamish Tribe*, USDC#: 3:16-MC-05029-BHS / 3:15-CR-05303-RBL-1) - 2

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970

RBL-1 and 3:16-MC-05029-BHS, and to deliver such payments either personally or by First Class Mail to:

> United States District Court, Western District of Washington
> Attn: Financial Clerk – Lobby Level
> 700 Stewart Street
> Seattle, Washington 98101

DATED this ___5___ day of ___December___, 2016.

JUDGE BENJAMIN H. SETTLE
United States District Court Judge

Presented by:

s/ Kyle A. Forsyth
KYLE A. FORSYTH, WSBA #34609
Assistant United States Attorney

[PROPOSED] CONTINUING GARNISHEE ORDER (*USA v. Garnet L. Mabe and Suquamish Tribe*, USDC#: 3:16-MC-05029-BHS / 3:15-CR-05303-RBL-1) - 3

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970